STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Plaintiff*
*Progressive Northern Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RICARDO PENA-GUZMAN, AND DOES I through X, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-02803-GMN-PAL <br><br> **[PROPOSED] ORDER** |

Before the court is Plaintiff's Motion to Enlarge Time to Serve Ricardo Pena-Guzman by Publication (ECF No. 5 ) and Plaintiff's Motion to Serve Ricardo Pena-Guzman by Publication (ECF No. 6). Having reviewed the briefing submitted by Plaintiff and for good cause shown, the court orders as follows:

IS ORDERED that Plaintiff's Motion to Enlarge Time to Serve Ricardo Pena-Guzman by Publication (ECF No. 5 ) is GRANTED. Plaintiff has an additional sixty days, up to and including April 3, 2018, to effectuate service of the Complaint and Summons on Defendant Ricardo Pena-Guzman.

IT IS FURTHER ORDERED Plaintiff's Motion to Serve Ricardo Pena-Guzman by Publication (ECF No. 6) is GRANTED. Service of the Summons and Complaint in this action shall be made upon Defendant Ricardo Pena-Guzman by publication in a newspaper of general circulation in Las Vegas, Nevada, where this matter is currently pending. Said publications must run once per week for four

consecutive weeks. The service of Summons and Complaint will be deemed complete upon the expiration of four weeks from the date of the first publication.

IT IS SO ORDERED.

DATED: February 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE